United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 25-13092-pmm

Lucas D. Guzman Hernandez                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2

Date Rcvd: May 27, 2026                       Form ID: pdf900                          Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lucas D. Guzman Hernandez, 1502 E Lycoming Street, Philadelphia, PA 19124-5341 |
| 15049205 | + | Colonial Savings F.A., 2570 W Fwy Bldg E, Fort Worth, TX 76102-5820 |
| 15035760 | | Water Revenue Bureau, c/o City of Philadelphia, Tax & Revenue Unit, Bankruptcy group MSB, 1401 J.F. Blvd, 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 28 2026 01:00:00 | Wilmington Savings Fund Society, FSB, as Trustee, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868, UNITED STATES 92868-1604 |
| 15091883 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15035758 | + | Email/Text: bankruptcydesk@colonialsavings.com | May 28 2026 01:01:00 | Colonial Savings & Loans, Attn: Bankruptcy Dept, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 15035759 | + | Email/Text: bankruptcy@sw-credit.com | May 28 2026 01:01:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15036158 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 28 2026 01:12:42 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 15100309 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 28 2026 01:00:00 | Wilmington Savings Fund Society, FSB, as, Trustee of Wampus Mortgage Loan Trust, 500 N. State College Blvd.,, Ste 1030,1300,1400, Orange, CA 92868-1604 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0313-2                       User: admin                              Page 2 of 2

Date Rcvd: May 27, 2026                    Form ID: pdf900                          Total Noticed: 11

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Lucas D. Guzman Hernandez ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor COLONIAL SAVINGS  F.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
LUCAS D. GUZMAN HERNANDEZ |
| Bankruptcy No. 25-13092-PMM
Debtor |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 27, 2026**

Honorable Patricia M. Mayer
Bankruptcy Judge